IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW MEEKER,

    Plaintiff,

v.

PEKIN LIFE INSURANCE
COMPANY,

    Defendant.                                  Case No. 10-cv-847-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Defendant Pekin Life Insurance Company of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Pekin Life Insurance Company to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

Signed this 26th day of January, 2011.

                                                    David R. Herndon
                                                    2011.01.26
                                                    07:15:02 -06'00'

                                       **Chief Judge**
                                       **United States District Court**