IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW MEEKER,

    Plaintiff,

v.

PEKIN LIFE INSURANCE COMPANY,

    Defendant.                    Case No. 10-cv-847-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Stipulation of Voluntary Dismissal (Doc. 17), filed by the parties pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**. As the Stipulation of Voluntary Dismissal has been signed by all parties who have appeared, the Court hereby **ACKNOWLEDGES** said Stipulation and **DISMISSES** the action **WITHOUT PREJUDICE**, each Party to bear its own costs and fees. The Court shall close the case.

    **IT IS SO ORDERED.**

    Signed this 9th day of March, 2011.

                                           David R. Herndon
                                           2011.03.09 15:48:23
                                           -06'00'

                                           **Chief Judge**
                                           **United States District Court**